IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-02069-CBS-MJW

MANDY L. JONES,
    Plaintiff,
v.

FMS, INC., an Oklahoma corporation,
    Defendant.

_____

ORDER OF REFERENCE AND ORDER
_____

    This civil action comes before the court on several matters.

I.    Consent to Proceed by Magistrate Judge

    On November 10, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* Doc. # 15).  This civil action will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 11-cv-02069-CBS-MJW**.

II.    Order of Reference

    The Order of Reference dated August 10, 2011 (Doc. # 2) is hereby VACATED.

This matter is now referred to United States Magistrate Judge Michael J. Watanabe *for settlement purposes only*, to convene such settlement conferences and direct any related proceedings as may facilitate settlement of this case. A settlement conference is currently set on February 6, 2012 at 10:00 a.m. in Courtroom A-502 before Magistrate Judge Michael J. Watanabe.

III.   Order

   A.   The deadlines, discovery limitations, and schedule set forth in the Scheduling Order dated November 3, 2011 (Doc. # 11) remain unchanged.

   B.   The Final Pretrial Conference set on August 13, 2012 at 9:30 a.m. shall be held before Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.

   C.   **A Telephone Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Wednesday January 11, 2012 at 10:00 a.m.** Counsel for the parties shall create a conference call among themselves and telephone the court at the scheduled time.

   DATED at Denver, Colorado, this 14th day of November, 2011.

                                         BY THE COURT:


                                         s/Craig B. Shaffer
                                         United States Magistrate Judge