IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02069-WJM-MJW

**MANDY L. JONES,**

      **Plaintiff,**

**v.**

**FMS, INC., an Oklahoma Corporation**

      **Defendant**

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

COMES NOW the parties, by and through their counsel of record, and for their Stipulated Motion to Dismiss with Prejudice state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. All issues in this matter are now resolved.

3. Each party agrees to pay their own costs and attorney fees.

4. The parties respectfully request that the Court now dismiss this matter with prejudice and vacate all remaining dates with respect to this matter.

Respectfully submitted this 3rd day of January, 2012.

| s/ Troy D. Krenning | s/ Michael J. Knauf |
|---|---|
| Troy D. Krenning, Esq. | Michael J. Knauf, Esq. |
| Gookin, Krenning & Associates, LLC | 1805 Shea Center Drive, Suite 150 |
| 501 N. Cleveland Avenue | Highlands Ranch, Colorado 80129 |
| Loveland, Colorado 80537 | (720) 479-2500 |
| Attorneys for the Plaintiff | Attorneys for Defendant |